IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | CASE NO: 2:16-CR-009-RWS-JCF |
| | * | |
| LEONARDO STEEPLE et al., | * | |
| | * | |
| *Defendants*. | * | |

_____

DEFENDANT'S REQUEST FOR PERMISSION TO APPEAL
_____

**COMES NOW** the Defendant, Leonardo Steeple, by and through his counsel of record and files this request for permission to appeal and shows the Court the following:

On September 29, 2017, this Court entered an interlocutory order [Doc. No.312] denying Defendants' Motions to Suppress [Doc. Nos. 109, 113, 134, 135, 136, 143, 157, 162, 207, 208, 209, 210, 214, 227, 237, and 271 in 2:16-CR-9 and Doc. Nos. 78, 85, 110, 111, 119, 127, 140, 167, 187, and 235 in 2:16-CR-10].

The 11th Circuit has exclusive jurisdiction over an appeal from an Interlocutory Order of a district court of the United States. 28 U.S.C.A. § 1292 (West 2017).

Defendant requests permission from this Court to petition the 11th Circuit for permission to appeal and stay the proceedings below.

Respectfully submitted, this 5th day of October, 2017.

/Sam Sliger/
Georgia Bar No. 877273
McDonald & Cody, LLC
Box 555
Cornelia, Ga 30531
(706) 778-5291 (Direct)
(706) 778-2889 (Fax)
Sam@McDonaldCody.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | CASE NO: 2:16-CR-009-RWS-JCF |
| | * | |
| LEONARDO STEEPLE et al., | * | |
| | * | |
| *Defendant*. | * | |

# CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of October, 2017, I have prepared this document using one of the font and point selections approved by the Court in L.R. 5.1.B. I further certify that I have electronically filed the aforementioned Request for Permission to Appeal with the Clerk of Court by using the CM/ECF system and emailed a courtesy copy to the following attorney of record:

> **William Louis McKinnon, Jr.**
> Office of United States Attorney
> Northern District of Georgia
> 75 Spring Street, S.W.
> 600 United States Courthouse
> Atlanta, GA 30303
> 404-581-6000
> Email: william.mckinnon@usdoj.gov

Respectfully submitted,

/Sam Sliger/
*Attorney for Steeple*