# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CRIMINAL ACTION NOS. |
| | : 2:16-CR-9-RWS-JCF |
| HORACE MAYFIELD, et al., | : 2:16-CR-10-RWS-JCF |
| | : |
| Defendants. | : |

## **ORDER**

This matter is before the Court on the Report and Recommendation of Magistrate Judge J. Clay Fuller [Doc. No. 360 in 2:16-CR-9 and Doc. No. 303 in 2:16-CR-10]. No objections have been filed thereto. Having carefully reviewed the record and the Reports and Recommendations, the R&Rs are hereby approved and adopted as the opinion and order of this Court.

As such, in Criminal Action No. 2:16-CR-9, Defendant Mayfield's Preliminary Motion to Sever [Doc. No. 115] and Defendant Howard's Motion for Severance [Doc. No. 151] are DENIED without prejudice. In Criminal Action No. 2:16-CR-10, Defendant Sanchez's Motion to Sever [Doc. No. 83], Defendant Scott's Motion to Sever [Doc. No. 86], and Defendant Mayfield's Preliminary Motion to Sever [Doc. No. 95] are DENIED without prejudice. These cases are REFERRED to Judge Fuller for further proceedings.

**SO ORDERED** this 11th day of May, 2018.

_____
**RICHARD W. STORY**
United States District Judge