# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

UNITED STATES OF AMERICA, :
:
v. : CRIMINAL ACTION NO.
: 2:16-CR-9-RWS-JCF
HORACE MAYFIELD, et al. :
:
Defendants. :

## ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge J. Clay Fuller [Doc. No. 370] in 2:16-CR-9. Defendant Howard has filed objections to the Report and Recommendation [Doc. No. 376], and the Court has reviewed his objections *de novo*. The Court notes Defendant's reliance on authority from outside the Eleventh Circuit. The Court is persuaded by the analysis contained within the Report and Recommendation and finds that the good faith exception applies here. As a result, the evidence at issue need not be suppressed.

Defendant Howard's objections [Doc. No. 376] are OVERRULED, and the Report and Recommendation [Doc. No. 370] is hereby approved and adopted as the opinion and order of this Court. As such, the following motions in 2:16-CR-9 are DENIED: Doc. Nos. 121, 141, 350-1, 152, and 346. The following motions in 2:16-

CR-9 are GRANTED: Doc. Nos. 350 and 349.

**SO ORDERED** this 29th day of August, 2018.

*/s/ Richard W. Story*
_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)